United States District Court
Southern District of Texas
**ENTERED**
February 09, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| vs. § § § | CRIMINAL NO. H17-0140M |
| Samson Olugbenga Oyekunle § | |

## WAIVER OF DETENTION HEARING

Defendant, after being advised of his right to a detention hearing, including the right to proffer testimony, present evidence, call witnesses, cross-examine the government's witnesses and assert reasons why defendant should not be detained, hereby elects to waive this right.

Defendant also consents to this court relying on the information contained in the indictment or complaint and the pretrial service report in making its determination as to whether defendant shall be detained or released on bond.

SIGNED this ___9___ day of ___February 2017___, at Houston, Texas.

_____
Defendant

Witness _____
Counsel for Defendant