UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | CRIMINAL No. H-17-118 |
| | § | |
| **SAMSON OLUGBENGA OYEKUNLE,** | § | |
|    Defendant. | § | |

**UNITED STATES MOTION TO DISMISS
COUNTS TWO THROUGH FIVE OF THE INDICTMENT**

TO THE HONORABLE JUDGE MELINDA HARMON:

COMES NOW, the United States of America, by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas, and Suzanne Elmilady, Assistant United States Attorney, hereby moves this Court for dismissal of Counts Two through Five of the Indictment against **SAMSON OLUGBENGA OYEKUNLE** without prejudice.

    Respectfully submitted,

    RYAN K. PATRICK
    United States Attorney
    Southern District of Texas

    /s/ Suzanne Elmilady
    Suzanne Elmilady
    Assistant United States Attorney
    1000 Louisiana, Suite 2300
    Houston, Texas  77002
    (713) 567-9574
    (713) 718-3300 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have delivered a copy of the above document to counsel for defense, Eric Ashford, by email on April 30, 2018.

    /s/ Suzanne Elmilady
Suzanne Elmilady
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas  77002
(713) 567-9574
(713) 718-3300 fax